March 29, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

GLENN FLOYD SMITH, Appellant

NO. 14-11-00673-CV                    V.

CLEMENT ALDRIDGE, JR., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Clement Aldridge, Jr., signed July 13, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order this decision certified below for observance.